**Stephen G. McCarthy, Jr.**
Attorney at Law
101 Avenue of the Americas, Suite 942
New York, New York 10013
www.sgmccarthy.com

Admitted to the Bar in
New York, New Jersey
and Florida

(212) 925-5901
Fax (212) 925-5904
sgmccarthy@sligotribeca.com

**APPLICATION GRANTED**
**SO ORDERED:**

_/s/ VLB_
**Vincent L. Briccetti, U.S.D.J.**
Dated: 10/14/22
White Plains, NY

October 14, 2022

Honorable Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: The United States of America vs. Glenn Griffin;
Case No. 22-cr-390-(VB).

Dear Judge Briccetti,

The undersigned represents Glenn Griffin in the above captioned matter, presently pending before your Honor.

I am respectfully requesting at this time that the court modify the terms of Mr. Griffin's release to allow him to travel during the day for work related matters, throughout New York, New Jersey, Connecticut, and Massachusetts, leading up to and including the 2022 Holiday Season.

The reason for this request is Mr. Griffin's nursery business requires Mr. Griffin to travel and purchase over 10,000 Christmas trees and other related items throughout New York, New Jersey, Connecticut, and Massachusetts for the upcoming Holiday season. Mr. Griffin has spoken with pre-trial services officer, Ms. Shannon Finneran, and she does not oppose this application. AUSA David Felton has no objection to this request as well. Mr. Griffin remains in full compliance with all other bond conditions.

On July 21, 2022, the Court, the Honorable Andrew Krause presiding, released Mr. Griffin on an agreed-upon bail package that included a secured $800,000 bond signed by one financially responsible person. Additionally, Mr. Griffin's travel was restricted to the Southern and Eastern Districts of New York.

Thank you for the court's consideration of this request.

Respectfully submitted,

Stephen G. McCarthy, Jr.