```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :      ORDER ACCEPTING
v.                                  :      PLEA ALLOCUTION
                                    :
GLENN GRIFFIN,                      :      S1 22 CR 390-1 (VB)
                    Defendant.      :
----------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-24

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated August 26, 2024, is approved and accepted, and the defendant is adjudged guilty of Counts One and Two of the S1 superseding information.

      The Clerk is directed to enter the guilty plea.

Dated: September 10, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge