```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                        :
                                                :       ORDER
v.                                              :
                                                :       22 CR 390-1 (VB)
GLENN GRIFFIN,                                  :
                        Defendant.              :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/24

Sentencing in this case is currently scheduled for December 5, 2024, at 9:30 a.m.

On November 20, Jeffrey C. Hoffman, Esq., filed a notice of appearance on behalf of defendant Griffin. (Doc. #84). Defendant's original counsel, Stephen G. McCarthy, Jr., Esq., has not moved to be relieved.

On November 21, Griffin filed a motion to withdraw his guilty plea (Doc. #87) as well as a sentencing memorandum (Doc. #90).

In light of the matters raised in Griffin's recent filings, it is hereby ORDERED:

1. Griffin's sentencing is adjourned without date.

2. The government's deadline to file its sentencing memorandum is adjourned without date.

3. By December 3, 2024, the government shall file a response to Griffin's motion to withdraw his guilty plea.

4. Defendant Griffin, as well as Mr. Hoffman, Mr. McCarthy, and government counsel, shall appear as already scheduled on December 5, 2024, at 9:30 a.m.

Dated: November 22, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge