```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :

v.                                :          **ORDER**

                                  :          22 CR 390-1 (VB)

GLENN GRIFFIN,                    :

                   Defendant.     :
-----------------------------------------------------x

As discussed at a conference held today, at which the government and counsel for defendant Griffin appeared, it is HEREBY ORDERED:

1.  The motion of Stephen G. McCarthy, Jr., Esq., to be relieved as defendant Griffin's counsel (Doc. #91) is GRANTED. The Clerk is instructed to terminate Mr. McCarthy's appearance on the docket.

2.  By **December 19, 2024**, both parties, in addition to Mr. McCarthy, must submit any additional documentary evidence they wish the Court to consider in ruling on Griffin's motion to withdraw his guilty plea. (Doc. #87).

3.  By **December 30, 2024**, the government shall file its response to Griffin's motion to withdraw his guilty plea.

4.  By **January 13, 2025**, Griffin shall file his reply in support of his motion to withdraw his guilty plea.

5.  The next conference is scheduled for **February 19, 2025, at 11:30 a.m.** The Court will resolve Griffin's motion on or before that date.

Dated: December 5, 2024
      White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge