

**Jeffrey C. Hoffman**
212.237.1018
jhoffman@windelsmarx.com

windelsmarx.com

156 West 56th Street | New York, NY 10019T.
212.237.1000 | F. 212.262.1215

January 24, 2025

**Via ECF**
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
White Plains, New York 10601

        Re:    *United States v. Glenn Griffin*,
                **7:22-cr-00390-VB**

Dear Judge Briccetti:

      We write to you on behalf of our client, Glenn Griffin, the named defendant in the above-referenced matter, seeking clarification regarding what the parties may expect from the Court during the status conference presently scheduled for February 19, 2025 at 11:30 A.M. We note that the Court's December 5, 2024 order noted that, "the Court will resolve Griffin's motion [to withdraw his guilty plea] on or before that date." (Dkt. No. 99.)

      However, this leaves open numerous possibilities, such as oral argument being conducted on the motion to withdraw. If the Court could clarify what will transpire at the proceeding on February 19, 2025, the undersigned would sincerely appreciate it.

      We thank the Court for its attention to this matter.

                                                              Very truly yours,

                                                            /s/ *Jeffrey C. Hoffman*
                                                            Jeffrey C. Hoffman

cc:    All counsel of record (via ECF)