# JAMES E. NEUMAN
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

February 26, 2025

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v Dyckman,* 22 Cr. 390 (VB)

Your Honor:

        I represent Robert Dyckman in the referenced case and am submitting this letter to ask that the sentencing date, now scheduled for March 13, 2025, be postponed approximately thirty days, or at any date thereafter that is convenient to this Court. The primary reason for this request is because we are still in the process of obtaining medical records pertaining to Mr. Dyckman's family. My understanding is that these records may be somewhat lengthy and will have bearing on certain sentencing arguments. The government consents to this application.

        Very truly yours,

        *James Neuman*
        James E. Neuman