UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                        :   **ORDER**
v.                                :
                                                        :   22 CR 390-1 (VB)
GLENN GRIFFIN,                    :
                          Defendant.   :
--------------------------------------------------------x

       On March 13, 2025, the Court issued an Opinion and Order denying defendant Griffin's motion to withdraw his guilty plea.  (Doc. #117).  Sentencing is scheduled for April 22, 2025.  On March 21, 2025, Griffin filed a notice of interlocutory appeal of the Court's Opinion and Order.  (Doc. #118).

       By March 27, 2025, defense counsel shall submit a letter to the Court addressing (i) whether the Court's Opinion and Order is immediately appealable, and (ii) whether Griffin's interlocutory appeal divests the Court of jurisdiction.

       By March 31, 2025, the government shall submit a letter responding to Griffin's position and addressing the same subjects.

Dated: March 24, 2025
       White Plains, NY                SO ORDERED:

                                                          _____
                                                          Vincent L. Briccetti
                                                          United States District Judge