UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                          :   **ORDER**

v.                                :
                                                          :   22 CR 390-1 (VB)

GLENN GRIFFIN,                    :
                            Defendant.   :
--------------------------------------------------------x

       On July 21, 2025, defendant Griffin moved for a stay of surrender and bail pending appeal. (Doc. #162). It is hereby ORDERED:

1. By **August 5, 2025**, the government shall file a response to Griffin's motion.

2. By **August 12, 2025**, Griffin shall file a reply, if any, to the government's response.

Dated: July 22, 2025
       White Plains, NY

SO ORDERED:

*Vincent Briccetti* (signature)

Vincent L. Briccetti
United States District Judge